```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MIRZOYAN, | ) |
| Plaintiff, | ) No. C 08-4879 JCS |
| v. | ) **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al, | ) **[~~PROPOSED~~] ORDER** |
| Defendants. | ) |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

///

///

///

///

///

Stipulation for Dismissal
C 08-4879 JCS

1     Each of the parties shall bear their own costs and fees.

2 Date: December 18, 2008     Respectfully submitted,

3     JOSEPH P. RUSSONIELLO
    United States Attorney

    ILA C. DEISS
6     Assistant United States Attorney
    Attorneys for Defendants

9 Date: December 17, 2008     MICHAEL MIRZOYAN
    *Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/19/08

JOSEPH C. SPERO
United States Magistrate Judge

Judge Joseph C. Spero

Stipulation for Dismissal
C 08-4879 JCS